# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RECONTRUST COMPANY, N.A., et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:12-cv-00212-KJD-GWF <br><br> **ORDER** |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#3) dated February 10, 2012, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **March 19, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge