**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHERYL DAVIS, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00212-KJD-GWF |
| vs. | ) | **ORDER** |
| RECONTRUST COMPANY, N.A., et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated February 10, 2012, required the parties to file a Joint Status Report regarding removed action no later than March 14, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **April 2, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 21st day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge