# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHERYL DAVIS,

    Plaintiff,

v.

RECONTRUST COMPANY, *et al*.,

    Defendants.

Case No. 2:12-CV-00212-KJD-GWF

**ORDER**

    Plaintiff's Complaint (#1-1) was filed in state court on January 6, 2012.  The Amended Complaint (#15), adding new parties, was filed on April 16, 2012.  On May 11, 2012, the Court granted (#19) a second motion to extend time to file an answer or otherwise respond to the complaint, extending the time until May 15, 2012.  However, Defendants have failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for entry of default judgment, notice of voluntarily dismissal, or stipulation to dismiss the action no later than August 24, 2012.

**IT IS SO ORDERED.**

    DATED this 6th day of August 2012.

_____
Kent J. Dawson
United States District Judge