1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                        **DISTRICT OF NEVADA**
7
8   CHERYL DAVIS,
9         Plaintiff,                          Case No. 2:12-CV-00212-KJD-GWF
10  v.                                        **ORDER**
11  RECONTRUST COMPANY, *et al*.,
12        Defendants.
13
14        Plaintiff's Complaint (#1-1) was filed in state court on January 6, 2012.   The Amended
15  Complaint (#15), adding new parties, was filed on April 16, 2012.  On May 11, 2012, the Court
16  granted (#19) a second motion to extend time to file an answer or otherwise respond to the
17  complaint, extending the time until May 15, 2012.  However, Defendants have failed to answer or
18  otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report,
19  motion for entry of default judgment, notice of voluntarily dismissal, or stipulation to dismiss the
20  action no later than August 24, 2012.
21  **IT IS SO ORDERED.**
22        DATED this 6th day of August 2012.
23
24
25                                            _____
                                             Kent J. Dawson
26                                           United States District Judge