# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-00212-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RECONTRUST COMPANY, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Extend Time and Continue Discovery (#56), filed February 7, 2014 and Defendants' Opposition to Plaintiff's Motion to Extend Time (#66) filed February 24, 2014. The Court conducted a hearing on February 26, 2014. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time and Continue Discovery (#56) is granted in part and denied in part, as follows:

1. Discovery in this action will be stayed pending the District Judge's decisions on Defendants' pending Motion for Partial Summary Judgment (#55) and Motion to Dismiss (#57).

2. The parties are directed to promptly notify the undersigned's chambers of the decisions on Motions #55 and #57 and request the setting of a discovery status conference, if necessary.

DATED this 26th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge