# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHERYL DAVIS,

    Plaintiff,

v.

RECONTRUST COMPANY, *et al.*,

    Defendants.

Case No. 2:12-CV-00212-KJD-GWF

**ORDER**

    Presently before the Court is Defendant Bank of America's Motion to Expunge Notices of Lis Pendens (#84). Plaintiff's action was dismissed by the Court on July 16, 2014. Accordingly, the Court grants Defendant Bank of America's Motion to Expunge Notices of Lis Pendens (#84). The Notice of Lis Pendens recorded on January 12, 2012, and the Amended Notice of Lis Pendens recorded on January 13, 2012 in the real property records of Clark County, Nevada as Book and Instrument numbers 20120112-0002143 and 20120113-0001783, respectively, against the real property commonly known as 800 Majestic Ridge Court, Henderson, NV 890152, Assessor's Parcel Number 178-31-122-003 are hereby **CANCELED, DISCHARGED AND EXPUNGED**.

**IT IS SO ORDERED.**

    DATED this 24th day of August 2017.

                                                  Kent J. Dawson
                                                United States District Judge